**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ELIAS F. GHANEM, II, AN INDIVIDUAL, Appellant, vs. EDWARD TEEMS, AN INDIVIDUAL, Respondent. | No. 59398 |

**FILED**

SEP 2 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER OF AFFIRMANCE*

This is an appeal from a district court default judgment entered in a fraud and unjust enrichment action. Eighth Judicial District Court, Clark County; Kathy A. Hardcastle, Judge.

Appellant argues that the district court abused its discretion by denying his motion to set aside the entry of default in the action below because he demonstrated good cause for setting aside the default insofar as he explained that he had been unable to retain counsel before the default was entered. Although appellant asserted in his motion to set aside the default that financial difficulties had prevented him from retaining counsel, he did not explain why he was unable to appear on his own behalf, at least for the purpose of requesting additional time to obtain counsel. Moreover, appellant apparently retained counsel the day after the default was entered against him. But counsel did not file the motion to set aside the default until two months after it was entered. Under these circumstances, we conclude that the district court did not abuse its discretion by denying the motion to set aside the entry of default. *See* NRCP 55(c) (providing that the district court may set aside the entry of default on a showing of good cause); *Landreth v. Malik*, 127 Nev. ___, ___,

13-28970

251 P.3d 163, 171 (2011) (explaining that the district court's decision as to whether to set aside an entry of default is reviewed for an abuse of discretion).

Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

CHERRY, J., dissenting:

The district court abused its discretion by denying appellant's motion to set aside the entry of default, because appellant demonstrated good cause for setting it aside. Therefore, I would reverse the default judgment.

_____, J.
Cherry

cc:    Eighth Judicial District Court Dept. 4
       Michael H. Singer, Settlement Judge
       Cohen-Johnson LLC
       Armstrong Teasdale, LLP/Las Vegas
       Eighth District Court Clerk